**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Tonya Wagner, )<br>)<br>            Plaintiff, )<br>)<br>vs. )<br>)<br>Bismarck Parks & Recreation District, )<br>Bismarck Public School District, and )<br>Poly Enterprises, )<br>)<br>           Defendants. ) | **ORDER OF DISMISSAL**<br><br>Case No. 1:04-cv-125 |

---

Before the Court is a "Stipulation for Dismissal With Prejudice" filed on July 30, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 72) and **ORDERS** that, in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 31st day of July, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court